IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  12-CV-441-JED-FHM |
| ) | |
| MARK ANDRES GREEN, ) | |
| JANA RAE GREEN, ) | |
| D. SCOTT HEINEMAN AND ) | |
| KURT F. JOHNSON AS TRUSTEE OF ) | |
| THE GREEN FAMILY TRUST, ) | |
| BROOKLYN M. GREEN, ) | |
| WELLS FARGO HOME MORTGAGE, ) | |
| BANK OF AMERICAN, N.A., and ) | |
| WORLD SAVINGS BANK FSB, ) | |
| ) | |
| Defendants ) | |

**OPINION & ORDER**

Defendant Mark Andres Green's Motion to Compel the Department of Justice to Answer Admissions, Interrogatories and Provide Discovery [Dkt. 52] is before the court for decision.  Plaintiff has filed a response [Dkt. 61].  Defendant Green has not filed a reply and the time to file a reply has passed.

Defendant Green's motion makes a general request that Plaintiff be compelled to answer all of the requests for admissions, interrogatories, and provide the discovery as requested.  However, Defendant Green's motion fails to set forth what discovery request he wants the court to require Plaintiff to respond to.  LCvR 37.2(d).  Additionally, Defendant Green does not explain what efforts he made to resolve this issue with Plaintiff prior to filing this motion.  LCvR 37.1

1

Defendant Green's Motion to Compel the Department of Justice to Answer Admissions, Interrogatories and Provide Discovery [Dkt. 52] is therefore DENIED.

IT IS SO ORDERED this 9th day of July, 2013.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE